IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30352 |
| | ) | (Chapter 11) |
| DRAIN SERVICES INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DRAIN SERVICES INC., | ) | |
| | ) | Adversary Case No. 23-07017 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL HOUDYSHELL, in his | ) | |
| official capacity as the Secretary of the | ) | |
| South Dakota Department of Revenue, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE

I HEREBY CERTIFY that on this 2nd day of January, 2024, I caused a copy of (i) the Complaint for Declaratory and Injunctive Relief (DE #1); and (ii) the Summons in an Adversary Proceeding (DE #2) to be served, via first class mail, postage prepaid, upon:

Office of the Attorney General
1302 E Hwy 14
Suite 1
Pierre SD 57501

Sec. Michael Houdyshell
South Dakota Department of Revenue
445 E Capitol Avenue
Pierre, SD 57501

Gov. Kristi Noem
500 East Capitol Avenue
Pierre, SD 57501

1

Pursuant to Federal Rule of Civil Procedure 4(j)(2)(A), I reasonably construe Gov. Kristi Noem to be the "chief executive officer" of the State of South Dakota and, as such, the proper person to be served with the foregoing documents on behalf of the State of South Dakota. While service was *not* made pursuant to Section 15-6-4(d) of the South Dakota Codified Laws, pursuant to Federal Rule of Civil Procedure 4(j)(2)(B), a copy was nonetheless also sent to the Office of the Attorney General of South Dakota, with designs of ensuring service is not merely technically proper but, too, substantively aimed at affording notice of this proceeding.

|  |  | Respectfully submitted, |
|---|---|---|
| Dated: January 2, 2024 | By: | /s/ Maurice B. VerStandig |
|  |  | Maurice B. VerStandig, Esq. |
|  |  | The Dakota Bankruptcy Firm |
|  |  | 1630 1st Avenue N |
|  |  | Suite B PMB 24 |
|  |  | Fargo, North Dakota 58102-4246 |
|  |  | Phone: (701) 394-3215 |
|  |  | mac@dakotabankruptcy.com |
|  |  | *Counsel for the Debtor* |