Case 23-30352 Doc 4-20 Filed 10/24/23 Entered 10/24/23 08:28:59 Desc Exhibit
B - Notice of Appointment of Subchapter V Trustee    Page 1 of 2

Case 23-30352 Doc 20 Filed 10/04/23 Entered 10/04/23 13:33:36 Desc Main
Document    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:   Drain Services, Inc.                    CASE NO.   23-30352

     Debtor                                       CHAPTER 11

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned cases:

**Thomas J. Kapusta**
**P.O. Box 90624**
**Sioux Falls, SD   57109**
tkapusta@aol.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:  10/4/23                          Mary R. Jensen
                                        Acting United States Trustee
                                        Region 12

                                        By:  /s/ Robert B. Raschke

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE: Drain Services, Inc.　　　　　　　　　CASE NO. 23-30352

Debtor(s)　　　　　　　　　　　　　　　　　CHAPTER 11

### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $275.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated:　　　10-3-2023　　　　　　　　　　　/s/ _Thomas Kapusta_
　　　　　　　　　　　　　　　　　　　　　　Thomas Kapusta
　　　　　　　　　　　　　　　　　　　　　　TK Enterprises, LLC
　　　　　　　　　　　　　　　　　　　　　　PO Box 90624
　　　　　　　　　　　　　　　　　　　　　　Sioux Falls, SD 57109
　　　　　　　　　　　　　　　　　　　　　　tkapusta@aol.com
　　　　　　　　　　　　　　　　　　　　　　605-376-6715

1