UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | ) |
| | ) |
| Drain Services, Inc. | ) |
| | ) Case No. 23-30352 |
| | ) |
| | ) Chapter 11 |
| | ) Subchapter V |
| | ) |
| | ) |
| Debtor | ) |

FIRST INTERIM APPLICATION OF THOMAS J. KAPUSTA FOR SUBCHAPTER V TRUSTEE FEES AND EXPENSES

Thomas J. Kapusta, in his capacity as the Sub Chapter V Trustee d/b/a TK Enterprises, LLC. {"Applicant"), pursuant to 11 U.S.C. §§ 330 and 331, hereby requests that the Court approve its Application and enter an Order thereby awarding certain Sub Chapter V Trustee 's fees and expenses incurred in connection with this case. In support thereof, Applicant respectfully represents:

1. Applicant is the Sub Chapter V Trustee of record for the Chapter 11 proceeding and has acted as such since being appointed same on October 4, 2023.

2. Thomas J. Kapusta is manager and sole member of TK Enterprises, LLC. Thomas J. Kapusta has over 40 years of experience as a practicing attorney in multiple jurisdictions.

3. Applicant has expended time in the form of professional services in support of this Chapter l1 Sub Chapter V proceeding. This time has been itemized on records reflecting

the work performed by the Applicant during the period covered by this First Interim Application. Attached hereto as Exhibit "A" are the time records/invoicing (Invoice #117) related to the services, setting forth the date of each service, a description of the service rendered, and the time spent rendering such service at a rate of $275.00 per hour plus expenses noted, and the resulting fee charge on account of the service listed.

4. Applicant has listed on Exhibit "A" any expenses incurred directly in connection with Applicant's duties as Sub Chapter V Trustee of this proceeding and were necessary to Applicant's services.

5. This first interim application includes fees, expenses and sales taxes in the aggregate amount of $5105.58 including expenses in the amount of $82.32 and applicable sales tax in the amount of $293.26 for the period of October 4, 2023, through November 17, 2023, that have not been previously applied for or approved for payment.

6. Work on this case during the time concerned has involved services from the Applicant related to the: (i) review, evaluation and verification of the Debtor's Schedules and Statements as required under 11 U.S.C. §521; (ii) meeting with the United States Trustee's office and court including the Initial Debtor Interview; the first meeting of creditors; working with Debtor Counsel and with Debtor and debtors creditors, (iii) reviewing any Debtor monthly operating reports; (iv) and general work including financial analysis, review of motions and responding to inquiries, meeting with applicable creditors and debtor counsel regarding the Chapter 11 Sub Chapter V proceeding.

7. The undersigned trustee represents to the Court that the services and expenses

provided during the period covered by this First Interim Fee Application were ordinary and necessary given the nature of this Chapter 11 Sub Chapter V proceeding, and that no work was excessive or detrimental to the Bankruptcy Estate.

8. Applicant further requests that the Court, pursuant to 11 U.S.C. §, 330 and 331 approve the allowance of fees and expenses as ought in this First Interim Fee Application and authorize the Debtor, as debtor in possession, to pay the balance of such fees and expenses as approved by the Court to the Applicant as funds are available in the account maintained by the Debtor.

WHEREFORE, Applicant prays that the Court, pursuant to 11 U.S.C. § 330 and 331, enter an Order approving the First Interim Application for Fee and Expenses of the Applicant, and award compensation for services rendered and expenses in the amount of $5105.58 for the period covered in the First Interim Application, and direct the Debtor, as debtor-in-possession, to pay the balance of such fees and expenses to the Applicant from Debtor account as such funds become available without adversely affecting the ability of the Debtor to pay its ongoing expenses and otherwise perform the obligations of the Debtor as debtor-in-possession, and for any and all other relief deemed just and equitable in the premises.

Dated: November 17, 2023

Signed: _____
Thomas J. Kapusta, Sub Chapter V Trustee
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
Email: tkapusta@aol.com

**Thomas J Kapusta**
**TK Enterprises, LLC**
**Subchapter V Trustee**
PO Box 90624
Sioux Falls, SD 57109

Phone: 605-376-6715
tkapusta@aol.com

**EXHIBIT A**

Bill To: Drain Services, Inc c/o Attorney Maurice VerStandig The Dakota Bankruptcy Firm
Address: The Dakota Bankruptcy Firm, 1630 1st Avenue N. Suite B PMB 24,

Phone: 701-394-3215
Email: mac@mbvesq.com

Invoice #: 117
Invoice Date: November 17, 2023

Case Name: Drain Services, Inc.
Case #: 23-30352

| Date | Services | Time Spent | Fee Total |
|---|---|---|---|
| 10/4/2023 | Receive new assignment from USTO, review petition, check for conflicts, complete and submit verification, review all initial docket entries and filings, calendar upcoming events | 1.5 hr | $412.50 |
| 10/4/2023 | Review email from debtor counsel and respond | .1 hr | $27.50 |
| 10/4/2023 | Receive and respond to email from USTO on conducting IDI and prepare and submit monthly trustee report | .2 hr | $55.00 |
| 10/5/2023 | Review letter for SBA by Attorney Baker | .1 hr | $27.50 |
| 10/5/2023 | Review objection to motion for leave to use cash collateral filed by Choice Financial | .2 hr | $55.00 |
| 10/5/2023 | Review exhibit list #24 filed by Choice Financial | .3 hr | $82.50 |
| 10/5/2023 | Review Debtor witness and exhibit lists #25 | .1 hr | $27.50 |
| 10/6/2023 | Review certificaate of notice for expedited hearing #26 and certificate of notice for status conference #27 | .2 hr | $55.00 |
| 10/6/2023 | Prepare for and attend motion hearing re: #14 order granting motion for expedited hearing | 1.6 hr | $440.00 |
| 10/6/2023 | Review dockeet entries post hearing #28, 29 and 30 | .2 hr | $55.00 |
| 10/7/2023 | Review certificate of notice and docket entry #34 and 35 | .1 hr | $27.50 |
| 10/9/2023 | Review certificate of notice #36-38 | .2 hr | $55.00 |
| 10/12/2023 | Review SBA proof of claim 1-1 | .2 hr | $55.00 |
| 10/12/2023 | Review USTO motion to appear by telephone #39 | .1 hr | $27.50 |
| 10/12/2023 | Review notice of appearance filed by Tracy Kennedy for Choice Financial #40 | .1 hr | $27.50 |
| 10/12/2023 | Review order granting USTO motion to appear by telephone #41 | .1 hr | $27.50 |
| 10/12/2023 | Prepare and file motion to appear by telephone and review order granting motion #42 | .2 hr | $55.00 |
| 10/12/2023 | Review email from USTO on IDI | .1 hr | $27.50 |
| 10/13/2023 | Review SBA conditional objection to motion to use cash collateral #44 and IRS same conditional objection #45 | .2 hr | $55.00 |
| 10/14/2023 | Review SBA exhibit list #46 and witness list #47 | .2 hr | $55.00 |
| 10/16/2023 | Review notice of appearance by Vogel Law Firm #48 | .1 hr | $27.50 |
| 10/16/2023 | Review SBA amended witness list #49 | .1 hr | $27.50 |
| 10/17/2023 | Review debtor witness and exhibit lists#50 | .1 hr | $27.50 |
| 10/17/2023 | Review amended schedules #51 | .2 hr | $55.00 |
| 10/17/2023 | Review proof of claim Xcel Energy 2-1 | .1 hr | $27.50 |

| Date | Services | Time Spent | Fee Total |
|---|---|---|---|
| 10/17/2023 | Review IRS proof of claim 3-1 | .1 hr | $27.50 |
| 10/17/2023 | Prepare and attend hearing on motion to use cash collateral | 1.2 hr | $330 |
| 10/18/2023 | Review docket entry on order granting leave to use cash collateral and schdule and calendar for final hearing on motion #53-54 | .1 hr | $27.50 |
| 10/18/2023 | Review email from USTO regarding IDI | .1 hr | $27.50 |
| 10/19/2023 | Review email from USTO scheduling IDI and calendar same | .1 hr | $27.50 |
| 10/19/2023 | Review USTO email to debtor counsel regarding debtor's use of funds to pay law firm and accoountant and IDI | .1 hr | $27.50 |
| 10/21/2023 | Review debtor counsel provided debtor bank account info | .2 hr | $55 |
| 10/23/2023 | Review order granting motion to use cash collateral on intgerim basis #55 | .2 hr | $55 |
| 10/23/2023 | Review USTO email to debtor counsel on bank checks | .1 hr | $27.50 |
| 10/24/2023 | Attend and participate in IDI | 1.3 hr | $357.50 |
| 10/24/2023 | Review docket entry #56 | .1 hr | $27.50 |
| 10/28/2023 | Review docket entry #57 | .1 hr | $27.50 |
| 10/28/2023 | Review docket entry #58 motion to sppear by telephone and order granting same #59 | .1 hr | $27.50 |
| 10/28/2023 | Review email and check attachments providing explanations to USTO by debtor counsel | .2 hr | $55 |
| 10/28/2023 | Review and respond to emails regarding hearing time for 10-31-2023 hearing | .3 hr | $82.50 |
| 10/28/2023 | Review debtor counsel email and attachments of debtor weekly ledger | .2 hr | $55.00 |
| 10/30/2023 | Review notice of hearing change and re-calendar #60 | .1 hr | $27.50 |
| 10/31/2023 | Review motion to purchase jetter #61 | .2 hr | $55.00 |
| 10/31/2023 | Review monthly bank ledger and checks for October 2023 | .3 hr | $82.50 |
| 10/31/2023 | prepare for and attend hearing related to #8 | .6 hr | $165.00 |
| 10/31/2023 | Various email communication regarding scheduling confirmation hearing | .2 hr | $55 |
| 11/2/2023 | Review docket entries #62-65 including order granting motion to use cash collateral and email communications transmitting debtor initial financial report | .4 hr | $110 |
| 11/2/2023 | Attend 341 meeting | 1.1 hr | $302.50 |
| 11/4/2023 | Prepare and submit monthly trustee report | .1 hr | $27.5 |
| 11/4/2023 | Review pre-status conference debtor report #66 | .3 hr | $82.50 |
| 11/4/2023 | Review certificate of notice of order granting use of cash collateral #67 | .1 hr | $27.50 |
| 11/6/2023 | Review proof of claim 4-1 and notice of appearance by Attorney Gust for Meckler Marketing | .3 hr | $82.50 |
| 11/9/2023 | Review scheduling order #70 and prepare motion to appear by video | .3 hr | $82.50 |
| 11/10/2023 | Review debtor plan of reorganization #69 and exhibit #71 and certificate of service #72 | .5 hr | $137.50 |
| 11/13/2023 | Review email provided bank ledger sent by debtor counsel | .3 hr | $82.50 |
| 11/14/2023 | Review debtor amended schedules and statements #73 | .2 hr | $55.00 |

| Date | Services | Time Spent | Fee Total |
|---|---|---|---|
| 11/14/2023 | Review email from Attorney John Schroeder with question to debtor counsel about weekly bank reporting | .1 hr | $27.50 |
| 11/14/2023 | Review email acknowledgement from debtor counsel to John Schroeder's questions | .1 hr | $27.5 |
| 11/14/2023 | Review proof of claim 5-1 | .1 hr | $27.50 |
| 11/16/2023 | Review proof of claim 6-1 | .3 hr | $82.50 |
| 11/16/2023 | Attend telephonic status conference | .1 hr | $27.5 |
| 11/16/2023 | Review proof of claim 6-2 | .1 hr | $27.50 |
| 11/17/2023 | Review docket entries #74-75 | .1 hr | $27.50 |
| 11/17/2023 | Review proof of claim 7-1 | .2 hr | $55 |
|  |  | **Service Total** | **$4,730.00** |
|  |  | SD Sales Tax @ 6.2% for services | $293.26 |
|  |  | Service/mailing expenses | $82.32 |
|  |  | **TOTAL** | **$5,105.58** |

DUE UPON RECEIPT.

Make all checks payable to Thomas J Kapusta.

TRUSTEE SIGNATURE: ss/Thomas J. Kapusta
Date: November 17, 2023    /s/ Thomas Kapusta

Page 3 of 3

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In Re: | ) |
| | ) |
| Drain Services, Inc. | ) |
| | ) Case No. 23-30352 |
| | ) |
| | ) Chapter 11 |
| | ) Subchapter V |
| | ) |
| Debtor | ) |

NOTICE OF FIRST INTERIM APPLICATION OF THOMAS J. KAPUSTA
FOR SUBCHAPTER V TRUSTEE FEES AND EXPENSES

Thomas J. Kapusta, Subchapter V Trustee, has filed an application to be paid from the bankruptcy estate $4730.00 for compensation for fees, $293.26 for sales tax, and $82.32 for reimbursement of expenses, for a total of $5105.58 in fees, sales tax, and expenses. Your rights may be affected. You should read the application and this notice carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to approve the application, you or your attorney have twenty-one (21) days to file with the Bankruptcy Clerk, a typewritten response explaining your position. The response must include the case name and case number and be signed and dated by you or your attorney. The response should also include your daytime telephone number or, if your attorney files the response, your attorney's telephone number. Only an attorney may file a response on behalf of a corporation, a partnership, or another formal legal entity.

If you are an attorney, you must file any response electronically. See additional information regarding electronic filing (CM/ECF) on the Court's website at www.ndb.uscourts.gov. If you are not an attorney, your response may be mailed or delivered to the Bankruptcy Clerk, whose address is 655 1st Avenue North, Suite 210, Fargo, North Dakota 58102-4932. The response must be mailed early enough to ensure the Bankruptcy Clerk receives it on or before the deadline stated above.

If you or your attorney files a response, you or your attorney must also mail a copy of the response to parties in interest who will not receive electronic notice of the response. You or your attorney may obtain the names and addresses of the parties in-interest listed in by contacting the Bankruptcy Clerk's office at (701) 297-7100.

A hearing on the application may be set by separate order if a response is filed on or before the deadline stated above. If you or your attorney files a response to the application on or before the deadline stated above, the Court will call you or your attorney at the scheduled hearing time using the telephone number provided in the response. If an evidentiary hearing is needed, the Court will set the date, time, and place for the evidentiary hearing during the telephonic hearing. Only an attorney may

represent a corporation, a partnership, or another formal legal entity at a hearing.

If no one files a response on or before the deadline stated above, the Court may enter an order granting the application without a hearing.

Dated: November 17, 2023

Signed: s/Thomas J. Kapusta

Thomas J. Kapusta
TK Enterprises, LLC
PO Box 90624
Sioux Falls, SD 57109
Phone: 605-376-6715
email: tkapusta@aol.com
Sub Chapter V Trustee