IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30352 |
| | ) | (Chapter 11) |
| DRAIN SERVICES INC. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DRAIN SERVICES INC., | ) | |
| | ) | Adversary Case No. 23-07017 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL HOUDYSHELL, in his official capacity as the Secretary of the South Dakota Department of Revenue, | ) ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| THE STATE OF SOUTH DAKOTA, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

NOTICE IS HEREBY GIVEN that Drain Services Inc. has filed a motion for summary judgment in this matter. A copy of the motion is being served herewith.

NOTICE IS FURTHER GIVEN that written objections to the motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within twenty one (21) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

*[Signature on Following Page]*

                                                      Respectfully submitted,

Dated: January 2, 2024        By:     <u>/s/ Maurice B. VerStandig</u>
                                                       Maurice B. VerStandig, Esq.
                                                       The Dakota Bankruptcy Firm
                                                       1630 1st Avenue N
                                                       Suite B PMB 24
                                                       Fargo, North Dakota 58102-4246
                                                       Phone: (701) 394-3215
                                                       mac@dakotabankruptcy.com
                                                       *Counsel for the Debtor*