**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

In re:

Drain Services Inc.,                                Bankruptcy Case No. 23-30352
                                                     Chapter 11
          Debtor.
_____/

Drain Services Inc.,

          Plaintiff,

          v.                                            Adversary Case No. 23-07017

Michael Houdyshell, in his official capacity
as the Secretary of the South Dakota
Department of Revenue, and
The State of South Dakota,

          Defendants.
_____/

**CLERK'S ENTRY OF DEFAULT**

       Defendants Michael Houdyshell, in his official capacity as the Secretary of the South Dakota Department of Revenue, and The State of South Dakota, failed to appear or otherwise defend against Plaintiff's Complaint as required by law. Pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, Defendants Michael Houdyshell, in his official capacity as the Secretary of the South Dakota Department of Revenue, and The State of South Dakota are in default.

       Plaintiff may seek the entry of default judgment against Defendants Michael Houdyshell, in his official capacity as the Secretary of the South Dakota Department of Revenue, and The State of South Dakota by filing a motion and serving notice as required by Rule 7055 of the Federal Rules of Bankruptcy Procedure and D.N.D. Bankr. L.R. 7007-1.

                                                                  Kay A. Melquist
                                                                  Clerk, U.S. Bankruptcy Court

Date issued: February 2, 2024.         By:     /s/ Caryl Krone
                                                                      Caryl Krone, Deputy Clerk