United States Bankruptcy Court

District of North Dakota

Drain Services Inc.,
    Plaintiff

Houdyshell,
    Defendant

Adv. Proc. No. 23-07017-skh

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 02, 2024 | Form ID: pdf2some | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Michael Houdyshell, South Dakota Department of Revenue, 445 E Capitol Avenue, Pierre, SD 57501-3100 |
| dft | + | The State of South Dakota, c/o Kristi Noem, Governor, 500 East Capitol Avenue, Pierre, SD 57501-5007 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maurice VerStandig | on behalf of Plaintiff Drain Services Inc. mac@mbvesq.com<br>mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 1

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

Drain Services Inc.,                                          Bankruptcy Case No. 23-30352
                                                              Chapter 11
       Debtor.
_____/

Drain Services Inc.,

       Plaintiff,

       v.                                                Adversary Case No. 23-07017

Michael Houdyshell, in his official capacity
as the Secretary of the South Dakota
Department of Revenue, and
The State of South Dakota,

       Defendants.
_____/

## CLERK'S ENTRY OF DEFAULT

    Defendants Michael Houdyshell, in his official capacity as the Secretary of the South Dakota Department of Revenue, and The State of South Dakota, failed to appear or otherwise defend against Plaintiff's Complaint as required by law. Pursuant to Rule 7055 of the Federal Rules of Bankruptcy Procedure, Defendants Michael Houdyshell, in his official capacity as the Secretary of the South Dakota Department of Revenue, and The State of South Dakota are in default.

    Plaintiff may seek the entry of default judgment against Defendants Michael Houdyshell, in his official capacity as the Secretary of the South Dakota Department of Revenue, and The State of South Dakota by filing a motion and serving notice as required by Rule 7055 of the Federal Rules of Bankruptcy Procedure and D.N.D. Bankr. L.R. 7007-1.

                                  Kay A. Melquist
                                  Clerk, U.S. Bankruptcy Court

Date issued: February 2, 2024.        By:   /s/ Caryl Krone
                                                  Caryl Krone, Deputy Clerk