IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Case No. 23-30352 |
| | ) | (Chapter 11) |
| DRAIN SERVICES INC. | ) | |
| | ) | |
| Debtor. | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |
| | ) | |
| DRAIN SERVICES INC., | ) | |
| | ) | Adversary Case No. 23-07017 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL HOUDYSHELL, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Comes now Drain Services Inc. ("Drain Services" or the "Debtor"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 7041, Federal Rule of Civil Procedure 41(a)(1)(A)(i), and this Honorable Court's order of February 15, 2024 in the matter of *In re Drain Services, Inc.*, Case No. 23-30352 (Bankr. D.N.D. 2023), as found at docket entry 148 therein, and gives notice of the voluntary dismissal of this action.

Respectfully submitted,

Dated: February 16, 2024        By:    /s/ Maurice B. VerStandig
                                        Maurice B. VerStandig, Esq.
                                        The Dakota Bankruptcy Firm
                                        1630 1st Avenue N
                                        Suite B PMB 24
                                        Fargo, North Dakota 58102-4246
                                        Phone: (701) 394-3215
                                        mac@dakotabankruptcy.com
                                        *Counsel for the Debtor*

*[Certificate of Service on Following Page]*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of February, 2024, I caused a copy of the foregoing to be served by filing through this Honorable Court's CM/ECF system and, additionally, by sending a copy, via e-mail, to John T. Richter, Esq., Senior Litigation Counsel and Investigative Services Bureau Director of the South Dakota Department of Revenue, at John.Richter@state.sd.us.

/s/ Maurice B. VerStandig
Maurice B. VerStandig